UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA



PAID

In re:　　　　　　　　　　　　　　　　　Case No.:　　10-17806-BKC-PGH
　　　　　　　　　　　　　　　　　　　　Chapter 7
KAUFMAN, ENID R.
KAUFMAN, CHARLES

　　　　Debtor(s).　　　　　　　　　/

NOTICE OF DEPOSIT OF FUNDS WITH THE
U. S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB
AUG 26 2011
FILED ___ RECEIVED ___

Notice is hereby given that:

(X)　　The Trustee has a balance of **$55.45** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )　　The Trustee has a balance of $*** remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: August 24, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Michael R. Bakst, Trustee, Trustee
　　　　　　　　　　　　　　　　　　　　PMB702, 222 Lakeview Avenue, St 160
　　　　　　　　　　　　　　　　　　　　West Palm Beach, FL  33401-6145
　　　　　　　　　　　　　　　　　　　　Telephone:　(561) 838-4539
　　　　　　　　　　　　　　　　　　　　Facsimile:　(561) 514-3439
　　　　　　　　　　　　　　　　　　　　Email:　　　baksttrustee@ruden.com

NAME:    KAUFMAN, ENID R.
             KAUFMAN, CHARLES

CASE NO:    10-17806-BKC-PGH

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 10 | CAPITAL RECOVERY III LLC<br>c/o RECOVERY MANAGEMENT SYSTEMS CORP<br>ATTN: BANKRUPTCY DEPARTMENT<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL  33131-1605 | $ 1,423.05 | $ 55.45 |

cc:  Creditor(s) listed above